**Case No. 12-2021**

# IN THE UNITED STATES COURT OF APPEALS FOR THE 6TH CIRCUIT

MICHAEL A. CONLIN,

Plaintiff-Appellant,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
US BANK NATIONAL ASSOCIATION as trustee,
ORLANS & ASSOCIATES, P.C.,
MARSHALL ISAACS,

Defendant-Appellees.

On appeal from the United States District Court
for the Eastern District of Michigan

# APPELLANT'S MOTION TO TAKE JUDICIAL NOTICE OF THREE LETTERS AS SUPPLEMENTS TO APPENDIX OF SUPPLEMENTARY REPLY BRIEF

Submitted by:

Brian P. Parker (P48617)
Charles N. DeGryse (P72390)
Attorneys for Appellant
30600 Telegraph Road, Ste. 1350
Bingham Farms, MI 48375
(248) 642-6268

# APPELLANT'S MOTION TO TAKE JUDICIAL NOTICE OF THREE LETTERS AS SUPPLEMENTS TO APPENDIX OF SUPPLEMENTARY REPLY BRIEF

Pursuant to Federal Rule of Evidence 201, Appellant, Michael A. Conlin, hereby requests that the court take judicial notice of the following letters attached as **Exhibits 1 – 3** that were utilized during oral argument and should be considered as supplements to page 6 of the Appendix to Appellant's Supplementary Reply Brief:

**Exhibit 1**: The first letter is addressed to Appellant from Appellee Orlans & Associates, P.C. It is dated November 29, 2010 and notifies the homeowner under MCL 600.3205(a) that GMAC Mortgage LLC is foreclosing on the property and that he is in default on his mortgage loans in the sum of $103,815.53.

**Exhibit 2**: The second letter is from Orlans and notifies the IRS that GMAC Mortgage, LLC is holding a sheriff sale on March 31, 2011, as well as of its intention to foreclose on the aforementioned mortgage.

**Exhibit 3**: The third letter is addressed to Appellant from "GMAC ResCA." It is dated November 22, 2011 and it informs Appellant that the property in question had been sold to GMAC Mortgage, LLC at a foreclosure sale.

**Exhibit 1** is available on public record through the United States District Court for the Eastern District of Michigan. **Exhibit 2** and **Exhibit 3** are relevant to

Appellant's legal points relating to the oral argument that elaborated page 6 of Appellant's Brief. The Brief stated that GMAC foreclosed on the mortgage without receiving an assignment from the original mortgage in violation of 600.3204(3), which states that if the party foreclosing a mortgage by advertisement is not the original mortgagee, a record chain of title shall exist prior to the date of sale under section 3216 evidencing the assignment of the mortgage to the party foreclosing the mortgage.

Appellees U.S. Bank and Mortgage Electronic Registrations, Inc. stated on the record that GMAC Mortgage, LLC is not in the claim of title. As Orlans would not lie to the IRS in telling them that GMAC was foreclosing on the property, GMAC wrongfully foreclosed on the mortgage prior to U.S. Bank's purchase at the sheriff sale and therefore, the foreclosure must be overturned and the case sent back to the trial court.

WHEREFORE, Appellant requests that the court take judicial notice of the exhibits attached hereto.

Respectfully submitted,

LAW OFFICES OF BRIAN P. PARKER

Dated: March 14, 2013      /s/   Brian P. Parker
                           BRIAN P. PARKER (P 48617)
                           Attorney for Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2013, I electronically filed the foregoing APPELLANT'S MOTION TO TAKE JUDICIAL NOTICE OF THREE LETTERS AS SUPPLEMENTS TO APPENDIX OF SUPPLEMENTARY REPLY BRIEF with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel below.

DYKEMA GOSSETT
Thomas M. Schehr
Michael J. Blalock
Attorney for MERS and U.S. Bank
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
tschehr@dykema.com
mblalock@dykema.com

Timothy B. Myers (P48152)
Attorney for Orlans and Isaacs
1650 W. Big Beaver Road
Troy, MI 48084
(248) 502-1362
tmyers@orlans.com

Respectfully submitted,

LAW OFFICES OF BRIAN P. PARKER

Dated: March 14, 2013

/s/ Brian P. Parker

BRIAN P. PARKER (P48617)
Attorney for Appellant
30600 Telegraph Rd., Ste. 1350
Bingham Farms, MI 48025
Tel: (248) 642-6268
Fax: (248) 642-8875
brianparker@collectionstopper.com

# Exhibit 1





ORLANS
PO Box 5041
Troy, Michigan 48007-5041
P 248-502-1400 F 248-502-1401
www.orlans.com

①

**FEDERAL LAW REQUIRES US TO ADVISE YOU THAT COMMUNICATION WITH OUR OFFICE COULD BE INTERPRETED AS AN ATTEMPT TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU ARE IN ACTIVE MILITARY SERVICE, PLEASE CONTACT OUR OFFICE, AS YOU ARE ENTITLED TO SPECIAL PROTECTIONS.**

**THIS NOTICE CONTAINS IMPORTANT INFORMATION FROM THE STATE OF MICHIGAN.**

November 29, 2010

FIRST CLASS MAIL

Michael J. Conlin
1304 Belmar Place
Ann Arbor, MI 48103
File Number: 207.7944

RE: 1304 Belmar Place, Ann Arbor, MI 48103

Dear Michael J. Conlin:

This office represents GMAC Mortgage, LLC which is the creditor to whom your mortgage debt is owed or the servicing agent for the creditor to whom the debt is owned. The creditor has referred this matter to this office with instructions to start proceedings to foreclose the mortgage located at 1304 Belmar Place, Ann Arbor, MI 48103.

According to Michigan law, the creditor is required to furnish you with the following information.

a) Your loan is in default for failure to make your monthly payments. The amounts that are currently due and owing under the mortgage loan are as follows.

- 27 Payments at $1576.63 for a total of $42,569.01
- 6 Payments at $2,062.36 for a total of $12,374.16
- 6 Payments at $2,232.99 for a total of $13,397.94
- 6 Payments at $2,063.65 for a total of $12,381.90
- 1 Payment at $2,105.23 for a total of $2,105.23
- Escrow Payments of $16,523.87
- Late Charges amount of $4,463.42

TOTAL: **$ 103,815.53**

BE ADVISED THIS IS NOT A REINSTATEMENT QUOTE. PLEASE CONTACT OUR OFFICE FOR EXACT AMOUNTS DUE.

b) The mortgage servicer's Designate Agent is: Orlans Associates P.C. Loss Mitigation Department, P.O. Box 5041, Troy, MI 48007-5041, Phone: (248) 502-1331, Fax: (248) 502-1601.

c) The person to contact to schedule a meeting is: Orlans Associates P.C. Loss Mitigation Department, P.O. Box 5041, Troy, MI 48007-5041, Phone: (248) 502-1331, Fax: (248) 502-1601.

d) Listed below are approved housing counselors in your area which was prepared by the Michigan State Housing Development Authority (known as MSHDA). Within 14 days from the date of this notice, you may request a

meeting with the Designate (noted above) to attempt to work out a modification of the mortgage loan to avoid foreclosure. You may also request a housing counselor to attend the meeting.

e) If you request a meeting with the designated person (noted above), foreclosure proceedings will not be commenced until 90 days from the date of this notice.

f) That if an agreement is reached to modify your mortgage loan, the mortgage will not be foreclosed if you abide by the terms of the agreement.

g) That if an agreement is not reached to modify the mortgage loan, but it is determined that you meet the criteria for a modification under section 3205c(1) of the law and foreclosure under this chapter is not allowed under section 3205c(7), the foreclosure of the mortgage will proceed before a judge instead of by advertisement.

h) That you have the right to contact an attorney. The telephone number for the State Bar of Michigan's Lawyer Referral Service is 1-800-968-0738. The telephone number of a legal aid office in your area is:

**Legal Services of South Central Michigan**
**420 N. Fourth Avenue, Ann Arbor, MI 48104**
**Phone: (734) 665-6181, Fax: (734) 665-2974**

i) If it is determined that your property is not claimed as a principal residence exempt from tax pursuant to Section 7 cc of the general property tax act, 1893 PA 206 (MCL 211.7 cc), foreclosure proceedings will begin immediately without any further notice.

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings, this letter is not, and should not be construed to be an attempt to collect a debt from you personally, but only enforcement of a lien against the property.

Very truly,
Orlans Associates P.C.

## MSHDA HOUSING COUNSELORS:

Dream Toll Free Hotline       (866) 946-7432
HUD HOUSING COUNSELORS:  (800) 569-4287

File Number: 207.7944

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY. MORTGAGE SALE - Default has been made in the conditions of a mortgage made by Michael J. Conlin, a single man, to Mortgage Electronic Registration Systems, Inc., as nominee for lender and lender's successors and/or assigns, Mortgagee, dated April 8, 2005 and recorded May 6, 2005 in Liber 4476, Page 372, Washtenaw County Records, Michigan. Said mortgage is now held by U.S. Bank National Association, as Trustee by assignment. There is claimed to be due at the date hereof the sum of Two Hundred Seventy-Eight Thousand Five Hundred Seventy-Four and 93/100 Dollars ($278,574.93) including interest at 6.875% per annum. Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue at the or in the Main Lobby of Washtenaw County Circuit Courthouse Huron Street entrance in Ann Arbor, MI at 10:00 a.m. on MARCH 31, 2011. Said premises are located in the City of Ann Arbor, Washtenaw County, Michigan, and are described as: Lot 27, Oak Crest Subdivision as recorded in Liber 6, Page 8 of Plats, Washtenaw County Records. The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA 600.3241a, in which case the redemption period shall be 30 days from the date of such sale. TO ALL PURCHASERS: The foreclosing mortgagee can rescind the sale. In that event, your damages, if any, are limited solely to the return of the bid amount tendered at sale, plus interest. If you are a tenant in the property, please contact our office as you may have certain rights. Dated: March 3, 2011 Orlans Associates, P.C. Attorneys for Servicer P.O. Box 5041 Troy, MI 48007-5041 248-502-1400 File No. 207.7944 ASAP# 3928973 03/03/2011, 03/10/2011, 03/17/2011, 03/24/2011

**AFFIDAVIT OF POSTING**
STATE OF MICHIGAN
COUNTY OF Washtenaw

PHIL FORBUSH
PROCESS SERVER
______________, being duly sworn, deposes and says that on the 6th day of MARCH A.D., 2011, he posted a Notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said notice by attaching the same in a secure manner to:

1304 Belmar Place
ANN ARBOR MI 48103

______________
**Signature**

PHIL FORBUSH
PROCESS SERVER
______________
**Printed Name (Please Print Neatly)**

*Agent, please mark the below, when applicable:*

- ☐ Multi Unit
- ☐ Mobile/Manufactured Home
- ☐ Vacant/Abandonment
- ☐ No Dwelling
- ☐ Other (i.e. visual damage)______________

Subscribed and sworn to before me this 8th day of March, A.D. 2011

______________
Signature of Notary Public

Betty L. Burris, Notary Public
State of Michigan, County of Livingston
My Commission Expires 9/27/2011
Acting in the County of ______

______________
Printed Name of Notary Public
(Please Print Neatly)

______________ County, Michigan

My Commission Expires: 9/27/2011

Acting in Washtenaw County, Michigan

DRAFTED By and when recorded

Return to: **Orlans & Associates, P.C.**

**P.O. Box 5041**
**Troy, MI 48007**
**(248)502-1400**

File No. 2077944
ASAP No. 3928973

# Exhibit 2

(2)

ORLANS
PO Box 5041
Troy Michigan 48007-5041
P 248-502-1400 F 248-502-1401
www.orlans.com

March 1, 2011

IRS Technical Services Advisory
985 Michigan Avenue, Tenth Floor
Detroit, MI 48226

***VIA CERTIFIED MAIL***

Re: MICHAEL CONLIN
Our File No. 207.7944
Property Address: 1304 Belmar Place, Ann Arbor, MI 48103
Social Security No.:[redacted]
Certified Mail #

Dear Sir or Madam:

Please be advised that this office represents GMAC Mortgage, LLC with respect to a mortgage on the above property. My client intends to foreclose the mortgage it holds or services which was recorded in Liber 4476, Page 372, Washtenaw County Records, on May 6, 2005. A search of the records indicates that there are one or more federal tax liens recorded against the property. This notice is being given pursuant to Section 7425(c) of the Internal Revenue Code.

1. The name and address of the person giving this notice:

   Shannon Alexander
   C/O ORLANS ASSOCIATES PC
   1650 W. Big Beaver Rd.
   Troy, MI 48084

2. FEDERAL SERIAL NO. : 315992506 TAXPAYER : MICHAEL J CONLIN AMOUNT : $38,678.48 RECORDED : SEPTEMBER 21, 2006, LIBER 4582 PAGE 977, OF OFFICIAL RECORDS

   A federal tax lien in favor of the United States of America, recorded JULY 27, 2010 as Book 4799, Page 667 of
   Official Records.
   Serial No: 678413510
   Debtor: MICHAEL J. CONLIN
   Amount: $11,719.16, and any other amounts due thereunder

3. The sale is to be a public auction. It will be held on March 31, 2011 at 10:00 a.m. at the following location: Main Lobby of Washtenaw County Courthouse Huron Street entrance in Ann Arbor, MI, that

being the place of holding the Circuit Court for Washtenaw County wherein the premises are located. The redemption period is 6 months.

4. The principal balance is $235,568.88. Accrued interest is approximately $66,068.20. The usual costs of sale will apply, including advertisement, posting, title fees, etc. The costs of sale are anticipated to be approximately $1,500.00.

5. The legal description of the property and the street address are as follows:

Lot 27, Oak Crest Subdivision as recorded in Liber 6, Page 8 of Plats, Washtenaw County Records.

The street address being: 1304 Belmar Place, Ann Arbor, MI 48103.

Thank you for your cooperation. If you should have any questions please do not hesitate to contact the undersigned

Very truly yours,

ORLANS ASSOCIATES PC

S. Alexander

Sales Specialist
Direct Dial: 248-502-1417

cc: GMAC Mortgage, LLC

Please acknowledge below:

DATE

IRS SPECIAL PROCEDURES STAFF

3

November 22, 2011

GMAC ResCa
2711 N. Haskell Ave
Suite 900
Dallas, TX 75

MICHAEL J CONLIN or Current residence
1304 BELMAR PLACE
ANN ARBORMI 48103

**OCCUPANT QUESTIONNAIRE-IMMEDIATE ATTENTION REQUIRED**

Dear Current Occupants:

The property located at **1304 BELMAR PLACE** "Property") has been sold to GMAC Mortgage at a foreclosure sale. In order to determine your rights under the new Protecting Tenants at Foreclosure Act (the "Act"), we need some additional information from you. Please complete the following questions, return them along with the requested documents in the self-addressed, stamped envelope that has been provided as soon as possible. We must receive a response from you within **21 days** of the date of this letter.

1. Provide full name(s) of current occupant(s) of the Property:
   ______________________________
2. Were you the owner of the Property prior to the foreclosure sale held on <insert date> (the "Previous Owner")? ______________
3. Are you a relative of the Previous Owner of the Property? ______________
4. Do you have a copy of your current lease? ______________
   **If yes, please return a copy of the lease with this letter**
5. Best contact number for you to discuss current lease: ______________
6. Are you a Section 8 tenant? ______________
   **If yes, please also return a copy of your housing assistance payments contract with the public housing agency.**

**It is most important that we receive a copy of your lease, if any, and response to these questions as soon as a possible to determine whether you are covered by this Act.** If you provide a copy of your current lease. Please expect a call from a GMAC Mortgage representative. You may also be eligible for our Relocation Assistance Program. Please contact us at **-214-874-2132** if you have any questions about this Questionnaire, or if you are interested in whether you meet the requirements for our Relocation Assistance Program.

Regards,

NOV-29-11 TUE 15:42 1 7347618649 P.01

**GMAC Mortgage**

CFK Department
2711 N Haskell Avenue
Suite 900
Dallas, TX 75204

91 7199 9991 7030 7859 5040

U.S. POSTAGE PITNEY BOWES
ZIP 75204 $ 004.44⁰
02 1W
0001367877 NOV 22 2011

11/26/11

327